UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 08-93-ART-CJS-(2) |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DARRIN JACKSON RENFRO, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Darrin Renfro moves to vacate his sentence pursuant to 28 U.S.C. § 2255. R. 190. In his motion, Renfro argues that his lawyer was constitutionally ineffective by failing to request two reductions to Renfro's sentence—one for playing a minor role in the offense and the other for accepting responsibility. *Id.* at 1−4. Renfro also asks the Court to reduce his sentence for his "post-sentence rehabilitation" efforts. *Id.* at 4−5. Magistrate Judge Candace J. Smith has reviewed Renfro's motion and filed a Report and Recommendation (R&R) that the Court deny Renfro's motion as untimely—explaining that Section 2255's one-year statute of limitations ran over six years ago. R. 194 at 6−7; *see* 28 U.S.C. § 2255(f). Neither Renfro nor the United States has filed any objections to the R&R, and the time to do so has expired. *See* Fed. R. Crim. P. 59(b)(2).

Accordingly, it is **ORDERED** that the R&R, R. 194, is **ADOPTED** as the opinion of the Court. Renfro's motion to vacate his sentence pursuant to 28 U.S.C. § 2255, R. 190, is **DENIED**. The Court will issue a separate judgment.

This the 19th day of April, 2017.

Signed By:
*Amul R. Thapar* AT
United States District Judge